UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 8  2 34 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------X
GERRY B. HILL,                      :
                                    :
              Plaintiff,            :
                                    :   No. 3: 01 CV 1546 (GLG)
        -against-                   :
                                    :
PFIZER, INC.,                       :
                                    :
              Defendant.            :
------------------------------------X

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, a judgment will be entered on **January 4, 2004** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Waterbury, Connecticut, **December 5, 2003**.

                    GERARD L. GOETTEL
                    SENIOR UNITED STATES DISTRICT JUDGE