UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Dec 12   3:55 PM '03

```
*****************************          CIVIL ACTION NO:
GERRY B. HILL                *          3:01CV1546(GLG)
      Plaintiff              *
                             *
vs.                          *
                             *
                             *
PFIZER, INC.                 *
      Defendant              *          DECEMBER 11, 2003
*****************************
```

## NOTICE OF VOLUNTARY WITHDRAWAL
## WITH PREJUDICE

Notice is hereby given that the parties in the above-referenced action have reached a mutually satisfactory resolution of the plaintiff's claims. Therefore, plaintiff is voluntarily withdrawing his action with prejudice.

PLAINTIFF, GERRY B. HILL

By: _____
Morris J. Busca (ct20200)
Gesmonde, Pietrosimone & Sgrignari, L.L.C.
3127 Whitney Avenue
Hamden, CT 06518-2344
(203) 407-4200

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed, via first class, postage prepaid, this 11th day of December, 2003 to Attorney Mary A. Gambardella, Epstein Becker & Green, P.C., One Landmark Square, Suite 1800, Stamford, CT 06901-2704.

*[signature]*
Morris J. Busca

2